UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAROLD D. WORRALL,<br><br>　　　　Plaintiff,<br>　　　v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | No. 5:17-CV-00877-GJS<br><br>**JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned

///

///

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date: December 6, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE